```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 20768
   OPHELIA RODGERS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6579


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 08/08/2008 and was not confirmed.

   The case was dismissed without confirmation 01/14/2009.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO DEPT OF   UNSECURED         4725.00         .00           .00
ENERGY SAVINGS CORP       UNSECURED       NOT FILED         .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED         8813.69         .00           .00
FASHION BUG               UNSECURED       NOT FILED         .00           .00
HYUNDAI MOTOR FINANCE CO  UNSECURED       NOT FILED         .00           .00
VERIZON WIRELESS          UNSECURED         1914.64         .00           .00
PEOPLES ENERGY            UNSECURED       NOT FILED         .00           .00
*VERIZON WIRELESS         UNSECURED       NOT FILED         .00           .00
DRIVE FINANCIAL           SECURED VEHIC        .00          .00           .00
JIMMY GATSON              NOTICE ONLY   NOT FILED           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED         2073.95         .00           .00
ROUNDUP FUNDING LLC       UNSECURED         1176.66         .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY          .00                        .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                       883.36

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                883.36

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                              883.36
                     ---------------    ---------------
TOTALS                 883.36                883.36




           PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 20768 OPHELIA RODGERS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE